# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00444-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| MADEIRA CANYON HOMEOWNERS' ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to extend the deadline for Defendant Nevada Association Services, Inc. to respond to the complaint. Docket No. 25. The stipulation was filed on May 19, 2016, *see id.*, even though the deadline at issue appears to have already expired two months ago. *See* Docket No. 12 (summons returned executed). The Court hereby **SETS** a hearing on this stipulation for 2:30 p.m. on May 23, 2016, in Courtroom 3D.

IT IS SO ORDERED.

DATED: May 20, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge