ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> MADIERA CANYON HOMEOWNERS ASSOCIATION; VENDANGE PLACE TRUST; PARADISE HARBOR PLACE TRUST; NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-00444-APG-NJK <br><br> **STIPULATION AND ORDER TO EXTEND THE PARTIES' DEADLINES TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT [ECF No. 56, 57, 58]** <br><br> **[FIRST REQUEST]** |

Plaintiff Bank of America, N.A. (**BANA**), Defendants Madeira Canyon Homeowners Association (**Madeira Canyon**), Vendange Place Trust and Paradise Harbor Place Trust (**together, the Trusts**) through their undersigned counsel of record, stipulate to extending all parties' deadline to file responses to the pending summary judgment motions, ECF No. 56, 57, and 58, for an additional 14 days, to April 17, 2019.

BANA, Madeira Canyon, and the Trusts moved for summary judgment on March 13, 2019. ECF No. 56, 57, and 58. The parties' deadlines to file responses to these motions is April 3, 2019.

The parties stipulate to extending the response deadline by fourteen days, from April 3, 2019 to April 17, 2019, to allow additional time to prepare their briefing.

48489329;1

This is the parties' first request for an extension of this deadline. The parties do not make this request to cause delay or prejudice any party.

DATED this 2nd day of April, 2019.

| **AKERMAN LLP**<br><br>*/s/ Jamie K. Combs*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff* | **LAW OFFICE OF MICHAEL F. BOHN**<br><br>*/s/ Michael F. Bohn*<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>2260 Corporate Circle, Suite 480<br>Henderson, Nevada 89074<br><br>*Attorney for Paradise Harbor and Vendange Place Trust* |
|---|---|
| **LIPSON NEILSON COLE SELTZER & GARIN, PC**<br><br>*/s/ Karen Kao*<br>J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>KAREN KAO, ESQ.<br>Nevada Bar No. 14386<br>9900 Covington Cross Drive, Ste. 120<br>Las Vegas, NV 89144<br><br>*Attorneys for Madeira Canyon Homeowners Association* | |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: April 3, 2019