LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant MADEIRA CANYON HOMEOWNERS ASSOCIATION*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

Plaintiff,

vs.

MADEIRA CANYON HOMEOWNERS' ASSOCIATION; VENDANGE PLACE TRUST; PARADISE HARBOR PLACE TRUST; NEVADA ASSOCIATION SERVICES, INC.,

Defendants.

CASE NO.: 2:16-cv-00444-APG-NJK

**STIPULATION AND ORDER TO EXTEND THE PARTIES DEADLINES TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff Bank of America, N.A. (BANA), Defendants Madeira Canyon Homeowners Association (Madeira Canyon), Vendange Place Trust, and Paradise Harbor Place Trust (together, the Trusts) through their undersigned counsel of record, stipulate to extending Madeira Canyon's and the Trusts' deadline to file responses to the pending summary judgment motion, ECF No. 58, for an additional 7 days, to April 24, 2019.

BANA, Madeira Canyon, and the Trusts moved for summary judgment on March 13, 2019. ECF No. 56,57, and 58. The parties' deadline to file responses to these motions is April 17, 2019. BANA filed its response to these motions on April 17, 2019, ECF No. 64.

The parties stipulate to extending the response deadline by seven days, from April 17, 2019 to April 24, 2019, to allow additional time to prepare briefings as due to the press

Page 1 of 2

of business, counsel has deadlines in this matter as well as other cases.

This is the parties' second request for an extension of this deadline. The parties do not make this request to cause delay or prejudice any party.

DATED this 17th day of April, 2019.

| LIPSON NEILSON P.C.<br><br> /s/ Karen Kao<br>J. WILLIAM EBERT, ESQ.<br>NV Bar No. 2697<br>KAREN KAO, ESQ.<br>NV Bar No. 14386<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendants*<br>*Madeira Canyon Homeowners Association* | AKERMAN LLP<br><br> /s/ Jamie K. Combs<br>Ariel E. Stern, Esq.<br>NV Bar No. 8276<br>Jamie K. Combs, Esq.<br>NV Bar No. 13088<br>1635 Village Center Circle, Ste 200<br>Las Vegas, NV 89144<br>*Attorneys for Plaintiff Bank of America, N.A.* |
|---|---|
| LAW OFFICE OF MICHAEL F. BOHN<br><br> /s/ Michael F. Bohn<br>Michael F. Bohn<br>NV Bar No. 1641<br>2260 Corporate Circle, Ste 480<br>Henderson, NV 89074<br>*Attorneys for Vendange Place Trust,*<br>*Paradise Harbor Place Trust* | |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

Dated: April 18, 2019.