# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Bank of America, N.A. | DEFAULT |
| | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | Case Number: 2:16-cv-00444-APG-NJK |
| Madeira Canyon Homeowners' Association, et al | |
| Defendants. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered against Nevada Association Services, Inc. only as to Bank of America, N.A.'s quiet title/declaratory relief claim.

| 4/22/2019 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |
| | /s/ S. Denson |
| | Deputy Clerk |